UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Kimberly A. Bocelli<br>            Debtor | CASE NO.: 24-13859-amc |
| SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust<br>v.<br>Mario Bocelli A/K/A Mario J. Bocelli<br>Kimberly A. Bocelli<br>ROBERT W. SEITZER<br>            Respondents | CHAPTER 7<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date:  December 18, 2024 at 12:30PM<br><br>Objection Deadline: December 3, 2024 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust, together with any successor and/or assign, ("Movant") dated November 19, 2024 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362 (d)(2); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s premises located at 2714 South Smedley Street, Philadelphia, PA 19145; vacating the co-debtor stay in effect pursuant to 11 U.S.C. § 1301(a); and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

_____

U.S.B.J