UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kimberly A. Bocelli<br>                    Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust<br>v.<br><br>Mario Bocelli A/K/A Mario J. Bocelli<br>Kimberly A. Bocelli<br>ROBERT W. SEITZER<br>                    Respondents | CASE NO.: 24-13859-amc<br><br>CHAPTER 7<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date:  December 18, 2024 at 12:30PM<br><br>Objection Deadline: December 3, 2024 |

## **CERTIFICATE OF SERVICE**

I, Lauren Moyer, Esq., certify that on November 19, 2024, I caused to be served a true copy of the annexed **NOTICE OF MOTION, MOTION FOR RELIEF FROM THE AUTOMATIC STAY, AND SUPPORTING DOCUMENTS**, electronically and by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated: November 19, 2024

By: /s/   Lauren Moyer
Lauren Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

Kimberly A. Bocelli
2714 S Smedley St
Philadelphia, PA 19145-0000
Bankruptcy Debtor

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street, Suite 320
Philadelphia, PA 19107
United States Trustee