UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Kimberly A. Bocelli<br>             Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust<br>v.<br><br>Kimberly A. Bocelli<br>ROBERT W. SEITZER<br>             Respondents | CASE NO.: 24-13859-amc<br><br>CHAPTER 7<br><br>Judge:  Ashely M. Chan |

## CERTIFICATION OF NO OBJECTION

I, Lauren Moyer, Esquire, Counsel SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust, hereby certify that no answer has been served or filed to the Motion for Relief from Automatic Stay filed on November 19, 2024, at Docket No. 9. A Default Order may be entered.

Dated: December 16, 2024

By: /s/ Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com