UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Kimberly A. Bocelli<br>              Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust<br>v.<br><br>Kimberly A. Bocelli<br>ROBERT W. SEITZER<br>              Respondents | CASE NO.: 24-13859-amc<br><br>CHAPTER 7<br><br>Judge:  Ashely M. Chan |

## CERTIFICATE OF SERVICE

I, Lauren M. Moyer, Esq., certify that on December 16, 2024, I caused to be served a true copy of the annexed **CERTIFICATION OF NO OBJECTION** by mailing by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

Dated:  December 16, 2024

By: /s/  Lauren M. Moyer
Lauren M. Moyer, Esq.
**FRIEDMAN VARTOLO LLP**
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

**Service by NEF**

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
Attorney

ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street , Suite 320
Philadelphia, PA 19107
United States Trustee

**Service by First-Class Mail**

Kimberly A. Bocelli
2714 S Smedley St
Philadelphia, PA 19145-0000
Bankruptcy Debtor