Certificate Number: 16339-PAE-DE-039175924

Bankruptcy Case Number: 24-13859



16339-PAE-DE-039175924

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 20, 2024, at 2:01 o'clock PM EST, Kimberly Bocelli completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 20, 2024        By:  /s/Kelley Tipton

                                Name: Kelley Tipton

                                Title: Certified Financial Counselor